No. 331, Misc. BAUMET v. UNITED STATES ET AL., *ante*, p. 923;

No. 378, Misc. VERMILLION v. MEYER ET AL., *ante*, p. 915; and

No. 391, Misc. ROWE v. GREEN, *ante*, p. 935. The motions for leave to file petitions for rehearing are denied.

No. 455, Misc. SPILLMANN v. JACKSON, WARDEN, *ante*, p. 941. Rehearing denied.

JUNE 5, 1950.

*Per Curiam Decisions.*

No. 814. FELMAN v. UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Illinois. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Samuel E. Hirsch* for appellant. *Solicitor General Perlman* and *Benedict P. Cottone* for appellees.

No. 824. CONSOLIDATED EDISON Co. v. MALTBIE ET AL. Appeal from the Supreme Court of Albany County, New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Jacob H. Goetz* and *Richard Joyce Smith* for appellant. *George H. Kenny* for appellees.

No. 838. SERNA v. WALTERS, WARDEN. Appeal from the Supreme Court of Arizona. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *Marshall W. Haislip* for petitioner.